**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HELIX MICROINNOVATIONS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:24-cv-00630-JRG |
| vs. | § | |
| | § | **JURY TRIAL DEMANDED** |
| MICROCHIP TECHNOLOGY | § | |
| INCORPORATED, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**[PROPOSED] ORDER**

Having considered Defendant Microchip Technology Inc.'s Motion to Dismiss Pursuant to

Fed. R. Civ. P. 12(b)(3), the Court hereby GRANTS the motion.

It is therefore ORDERED that Helix's complaint is dismissed without prejudice, each party

to bear its own costs, expenses, and fees..

SIGNED this ____ day of _____, 2024.